# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**MICHELLE J. WOOTEN,**

     Plaintiff,

                                        **CASE NO.    3:11-CV-13**

**-vs-**

                                        **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

     Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

     **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Court finds that the ALJ's non-disability finding is not supported by substantial evidence and is **REVERSED and REMANDED** to the ALJ for an immediate award of benefits**;** and this case is **CLOSED.**

Date:   November 2, 2011               **JAMES BONINI, CLERK**

                                      By: <u>s/ M. Rogers_____</u>
                                      Deputy Clerk